IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMAL MALIK BROWN,

      Appellant,

 v.

                                   Case No.  5D21-2733
                                   LT Case No. 2015-CF-15759-B-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 14, 2022

Appeal from the Circuit Court
for Orange County,
Bob Leblanc, Judge.

Matthew J. Metz, Public Defender, and
Edward J. Weiss, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Kristen L. Davenport, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.